IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MATTHEW MURPHY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 3:22-CV-245-WHA-CSC ) |
| RUSSELL CTY. JAIL, *et al.*, | ) ) |
| Defendants. | ) |

**O R D E R**

This case is before the Court on a Recommendation of the Magistrate Judge entered on June 7, 2022. Doc. 4. The Magistrate Judge recommended that this case be dismissed without prejudice based on Plaintiff's failure to comply with a May 16, 2022 order to pay the filing fee or file a motion to proceed *in forma pauperis*. *Id.* Plaintiff's objections were due by June 21, 2022. *Id.* at 2. Plaintiff has not filed objections to the Recommendation. Accordingly, there being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice.

Final Judgment will be entered separately.

Done, this 6th day of July, 2022.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE